**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

JOSHUA POTTLE,

           Petitioner

           v.

DEPARTMENT OF CORRECTIONS,

           Respondent

: No. 18 WM 2023
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of May, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DISMISSED.